**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gerold Centeno, | Case No.: 2:23-cv-02130-APG-EJY |
| Petitioner | **Granting Petitioner's Motion to Extend Time to File IFP Application or Pay Filing Fee** |
| v. | |
| Bean, *et al.*, | [ECF No. 4] |
| Respondents | |

Petitioner Gerold Centeno seeks an extension of time to either pay the $5 filing fee or submit a complete IFP application with all required documentation. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER:

1. Petitioner's motion to extend (ECF No. 4) is granted. Centeno has 45 days from the date of entry of this order to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

2. Petitioner's failure to comply with this order within 45 days by (a) submitting a complete IFP application, or (b) paying the filing fee will result in the dismissal of this action without prejudice and without further advance notice.

DATED this 26th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE